UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYOTUNJI AKINLAWON,

                Plaintiff,

   v.

E.J. POLONCO, *et al.*,

                Defendants.

No. 21-CV-2621 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    At the Conference held before the Court on November 14, 2023, the Court adopted the Parties' proposed bifurcated discovery schedule, which will first address the issue of exhaustion. The exhaustion phase of discovery will conclude on February 13, 2024.

    In addition, the Court adopted the following schedule for the filing of any pre-motion letters:

    Any pre-motion letters are due by no later than February 27, 2024. The non-moving party shall file a response by no later than March 5, 2024.

    Finally, the Court will hold another Conference on March 12, 2024 at 10:00 AM.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   November 14, 2023
           White Plains, New York

                                                        KENNETH M. KARAS
                                                        United States District Judge