UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AYOTUNJI AKINLAWON,

                Plaintiff,                      **ORDER**

    -against-                          21 Civ. 2621 (KMK) (AEK)

NOLE J. POLANCO, *et al.,*

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      A telephonic status conference was held on December 18, 2023, during which various issues raised in filings by Plaintiff were discussed.  As a follow-up to those discussions, the Court hereby orders that **by January 19, 2024**, Defendants must serve and file (1) a response to Plaintiff's request for a temporary restraining order as set forth in ECF Nos. 99-100; and (2) a letter regarding whether or not counsel has been able to identify either C.O. Robinson or John Doe # 1, the subjects of Plaintiff's application for entry of a default judgment at ECF No. 102.

      A further telephonic status before Magistrate Judge Krause is hereby scheduled for **Friday, February 9, 2024, at 10:30 a.m.**  To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.  Should the parties experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

      **Counsel for Defendants must make arrangements with the appropriate correctional facility to have Plaintiff available via telephone.**

The Clerk of the Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: December 19, 2023
White Plains, New York

SO ORDERED.

*Andrew Krause*

_____
ANDREW E. KRAUSE
United States Magistrate Judge