UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
AKINLAWON,                                                  :
                                                            :   ~~PROPOSED~~
                                                            :   ORDER
               Plaintiff,                                   :   TO TAKE THE
                                                            :   DEPOSITION OF
                                                            :   INCARCERATED
                                                            :   INDIVIDUAL
                                                            :
     -against -                                             :   21 Civ. 2621 (KMK)(AEK)
                                                            :
POLANCO, et al,                                             :
                                                            :
               Defendants.                                  :
------------------------------------------------------------x

It is ordered that counsel from the State of New York, Office of the Attorney General, may take the deposition of incarcerated individual Ayotunji Akinlawon (DIN 13B3238) at Mid-State Correctional Facility or any facility where he is currently housed, either in person or by remote means.

Dated:  White Plains, New York
        February 9, 2024

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

So Ordered:

_____
Andrew E. Krause
United States Magistrate Judge