

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6185

February 8, 2024

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>Akinlawon v. Polanco, et al</u>, 21 Civ. 2621 (KMK)(AEK)

Dear Judge Karas:

This Office represents the Defendants in this action.

I was directed to provide Plaintiff by February 9, 2024 with further identification of an officer with the last name Robinson who allegedly authored a July 28, 2020 misbehavior report (found at ECF No. 64). While the staffing documents relevant to that date are no longer available at Green Haven Correctional Facility, additional research indicates that Correction Officer Roderick A. Robinson was employed at Green Haven in 2020. My research indicates that Officer Robinson's last DOCCS work address was at Sing Sing Correctional Facility, 354 Hunter Street, Ossining, New York 10562.

I also write to respectfully request a revision in the current deadline (February 9, 2024) to respond to Plaintiff's request for a TRO (ECF No. 99) to February 16. Plaintiff's application is very difficult to read and I have been unable to identify the personnel at Mid-State that he claims have harassed him. I hope that at tomorrow's conference before Judge Krause that Plaintiff will be able clarify the names of the personnel involved. I have also been unable to speak to Sgt. Polanco, who is referenced in Plaintiff's submission, but I expect to be able to do so within the next week. This is the third request for a revision of this deadline.

We thank the Court for its consideration in this matter.

Respectfully submitted,
*/s/ Jeb Harben*
Jeb Harben
Assistant Attorney General
jeb.harben@ag.ny.gov

cc: Ayotunji Akinlawon
    13-B-3238
    Mid-State Correctional Facility
    9005 Old River Rd.
    P.O. Box 216
    Marcy, NY 13403-0216
    Plaintiff Pro Se (By Mail)

Granted. The Clerk is asked to mail a copy of this document to Plaintiff.

So Ordered.

*[signature]*
2/9/24

2