UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

AYOTUNJI AKINLAWON,

                        Plaintiff,                    **ORDER**

        -against-                                     21 Civ. 2621 (KMK) (AEK)

NOLE J. POLANCO, *et al.,*

                        Defendants.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

Based on information provided by Plaintiff at a conference before the undersigned on February 9, 2024, Defendants were able to identify the individual referenced as "John Doe/Jane Doe # 1" in the Complaint in this action as Dr. John Morley, a former DOCCS Deputy Commissioner.  *See* ECF No. 119.  The Complaint is 64 pages long, and a large portion of it is handwritten.  *See* ECF No. 2.  Because Plaintiff is incarcerated and proceeding *pro se*, in the interest of efficiency, the Court hereby deems Plaintiff to have made an oral motion to amend the Complaint to substitute Dr. John Morley for "John Doe/Jane Doe # 1" in the caption and at pages 4, 18, 21, and 24.[1]  Plaintiff's oral application to amend the Complaint in this limited manner is GRANTED.  The Complaint shall now be read to reference Dr. John Morley, rather than "John Doe/Jane Doe # 1" in the caption and on these four specific pages.

The only claim asserted against the "John Doe" Defendant, now identified as Dr. John Morley, is a claim for "deliberate indifference to medical needs . . . for denying Plaintiff's

---

[1] The Court refers to the page numbers assigned to the Complaint by the Court's Electronic Case Filing system.

request for STD testing and collection of a rape kit ('Claim 16')" on July 28, 2020.  *See* ECF No.

84 (Opinion & Order on Defendants' Motion to Dismiss) at 18.

 The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: February 21, 2024
   White Plains, New York

        **SO ORDERED.**

        _____
        ANDREW E. KRAUSE
        United States Magistrate Judge