UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AYOTUNJI AKINLAWON,

                           Plaintiff,                  **ORDER OF SERVICE**

         -against-                             21 Civ. 2621 (KMK) (AEK)

NOLE J. POLANCO, *et al.*,

                           Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      By order dated April 21, 2021, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. ECF No. 10. To allow Plaintiff to effect service on Defendants Correction Officer Roderick A. Robinson and Dr. John Morley through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The service addresses for these defendants are as follows:

| | |
|---|---|
| C.O. Roderick A. Robinson<br>Sing Sing Correctional Facility<br>354 Hunter Street<br>Ossining, NY  10562 | Dr. John Morley<br>c/o New York State Department of Corrections<br>and Community Supervision<br>Counsel's Office<br>1220 Washington Avenue<br>Albany, NY  12226 |

      The Clerk of Court is further instructed to issue summonses for these defendants, and to deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service of the summonses and complaint, as amended (ECF Nos. 2 and 121), upon these defendants.

      It is Plaintiff's responsibility to ensure that service is made within 90 days after the date that summonses are issued for these defendants. If the complaint is not served on the identified

defendants within that time, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).") (summary order).

The Court directs the identified defendants to comply with Local Civil Rule 33.2 and provide the discovery required by the rule within 120 days of service of the complaint.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: February 23, 2024
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge