UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AYOTUNJI AKINLAWON,

                Plaintiff,           **SCHEDULING ORDER**

      -against-                      21 Civ. 2621 (KMK) (AEK)

NOLE J. POLANCO, *et al.,*

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Monday, April 29, 2024, at 10:30 a.m.**

    To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should the parties experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

    **Counsel for Defendants must make arrangements with the appropriate correctional facility to have *pro se* Plaintiff available via telephone.**

    The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: April 19, 2024
       White Plains, New York

                                                 **SO ORDERED.**

                                                 _____
                                                 ANDREW E. KRAUSE
                                                 United States Magistrate Judge