**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

---

> APPLICATION GRANTED.  The Court adopts the schedule below, **except** for the deadline for the joint letter to the Court, which must be filed on **10/9/2025**, and the next status conference, which will be held, by telephone, on **10/14/2025 at 11:30 a.m.**  The dial-in information is the same as that included in the Scheduling Order filed at ECF No. 184.  **Counsel for Plaintiff is reminded that they must make arrangements with the appropriate correctional facility to have Plaintiff available via telephone.**
>
> Dated:  September 2, 2025
>
> SO ORDERED.
>
> _/s/ Andrew E. Krause_
> ANDREW E. KRAUSE
> United States Magistrate Judge

September 2, 2025

**VIA ECF**

Hon. Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *Akinlawon v. Polanco, et al*, 21-cv-2621 (KMK) (AEK)
      **Request for Extension of Time to File Amended Complaint**

Dear Judge Krause:

    We write on behalf of Plaintiff Ayotunji Akinlawon pursuant to this Court's Individual Rule 1(E) to respectfully request a modest extension of time for Plaintiff to file its Amended Complaint.  Plaintiff's counsel has consulted with counsel for Defendants, who does not oppose the requested extension.  This is Plaintiff's first request for an extension in connection with these deadlines.

    At the most recent status conference on July 24, 2025, the Court set a schedule for Plaintiff to provide a draft of the amended complaint to counsel for Defendants by September 5, 2025, and to file the amended complaint a week thereafter, on September 12, 2025.  *See* July 24, 2025 Minute Entry.  The Court also set a date of September 19, 2025 for the parties' next status conference, and requested that the parties file a joint status letter two days in advance, by September 17, 2025.  *Id.*  Plaintiff requests an extension of these deadlines to allow counsel to have sufficient time to receive and review Mr. Akinlawon's records and confer with Mr. Akinlawon in connection with the amended complaint.  The current and new, proposed dates are below:

| Event | Original Date | Proposed New Date |
|---|---|---|
| Draft amended complaint to Defendants | 9/5/25 | 9/15/25 |
| Amended complaint due | 9/12/25 | 9/22/25 |
| Joint letter to the Court due | 9/17/25 | 10/1/25 (or as the Court's schedule allows) |
| Next status conference | 9/19/25 | 10/3/25 (or as the Court's schedule allows) |

    These changes will not affect any scheduled dates in the case aside from those above.

***

We thank the Court for its time and consideration of these matters.

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

*/s/ Jack Furness*

Courtney C. Whang
Jack Furness
295 5th Ave., 9th Fl.
New York, New York 10016
Tel.: (212) 849-7000
Fax: (212) 849-7100
courtneywhang@quinnemanuel.com
jackfurness@quinnemanuel.com