UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AYOTUNJI AKINLAWON,

                          Plaintiff,                    **ORDER**

          -against-                                     21 Civ. 2621 (KMK) (AEK)

NOLE J. POLANCO, *et al.,*

                          Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

At a telephonic status conference held on April 9, 2026, the Court resolved the dispute raised in the letter motion filed at ECF No. 208 as follows:  by no later than **April 16, 2026**, Defendants must produce all of their outstanding exhaustion-related discovery; any discovery not produced by April 16, 2026, may not be used by Defendants in support of their motion to dismiss for failure to exhaust.

The Court further ordered that within one week of the issuance of a decision on Plaintiff's pending motion for leave to amend, the parties must file a joint letter proposing a plan for next steps in the action, including a proposed schedule for pre-motion conference letters related to Defendants' anticipated motion to dismiss for failure to exhaust and a proposed schedule for any discovery that may still proceed because it would not be the subject of such exhaustion motion.

Dated: April 10, 2026
         White Plains, New York

                                          **SO ORDERED.**

                                          _____
                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge